# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Kolla, | No. C 11-04565 LHK ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| HSBC Bank USA, N.A,, | |
| Defendant(s). | |

**_Instructions_: _The neutral shall submit this Certification to the ADR unit within 14 days after completing an ADR Session even if the ADR process continues. The ADR unit will file the Certification, so do not make ANY additional comments on this page - simply fill in the blanks and check the appropriate boxes._**

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _3/7/12_

2. Did the case settle?

   ☐ Yes, fully.

   ☐ Yes, partially, and further facilitated discussions are expected. (see no. 3, below)

   ☐ Yes, partially, and further facilitated discussions are *not* expected.

   ☒ No, and further facilitated discussions are expected. (see no. 3, below)

   ☐ No, and further facilitated discussions are *not* expected.

3. If further facilitated discussions are expected, by what date will you check in with the parties? _No date selected_

4. **IS THIS ADR PROCESS COMPLETE?**   ☐ YES   ☒ NO
   _Not necessarily_

Dated: _____

_____
**Evaluator**, Sanford Jay Rosen
Rosen, Bien & Galvan, LLP
315 Montgomery St., 10th Fl.
San Francisco, CA 94104

_The parties may communicate with me by phone. In the future, they may retain me as a mediator with terms to be discussed but presumably at my regular rate divided in half._