**BLUMENTHAL, NORDREHAUG & BHOWMIK**
Norman B. Blumenthal (SB #068687)
Kyle R. Nordrehaug (SB #205975)
Aparajit Bhowmik (SB #248066)
Piya Mukherjee (SB #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Attorneys for Plaintiff
SUBRAHMANYESWARA RAO KOLLA

**LITTLER MENDELSON**
George J. Tichy (SB #041146)
Michelle R. Barrett (SB #076256)
Lisa J. Lin (SB #260582)
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Attorneys for Defendant
HSBC BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUBRAHMANYESWARA RAO KOLLA, an individual, on behalf of himself, and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A., a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 11-CV-04565-LHK<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE LUCY H. KOH<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO DISMISS                                Case No. No. 11-CV-04565-LHK

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Subrahmanyeswara Rao Kolla ("Plaintiff") and Defendant HSBC Bank USA, N.A. ("Defendant"), by and through their undersigned counsel, hereby STIPULATE AND AGREE this action be dismissed with prejudice as to all of Plaintiff's claims against Defendant and without prejudice as to putative plaintiffs' or putative class members' class or representative claims against Defendant and without prejudice as to the representative claims asserted for violation of the California Private Attorney General Act of 2004 on behalf of the California Labor and Workforce Development Agency (the "LWDA").

Dated: May 4, 2012

BLUMENTHAL, NORDREHAUG, & BHOWMIK

/s/ Aparajit Bhowmik
Aparajit Bhowmik
Attorneys for Plaintiff
SUBRAHMANYESWARA RAO KOLLA

Dated: May 4, 2012

LITTLER MENDELSON, P.C.

George J. Tichy, II
Michelle R. Barrett
Lisa J. Lin
Attorneys for Defendant
HSBC BANK USA, N.A.

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO DISMISS   1.   Case No. No. 11-CV-04565-LHK

# ORDER

**THIS MATTER,** having come before the Court upon the parties' Joint Stipulation to Dismiss Plaintiff's Individual Claims With Prejudice And Putative Class Claims Without Prejudice, and the Court having reviewed this matter, it is hereby:

**ORDERED and ADJUDGED** that, pursuant to this Joint Stipulation and Federal Rule of Civil Procedure 41, this matter is hereby **DISMISSED** with prejudice as to Plaintiff Subrahmanyeswara Rao Kolla's claims against Defendant HSBC Bank USA, N.A. ("Defendant") and without prejudice as to putative plaintiffs' or putative class members' asserted class and representative claims against Defendant and without prejudice as to the representative claims asserted for violation of the California Private Attorney General Act of 2004 on behalf of the California Labor and Workforce Development Agency (the "LWDA").

IT IS SO ORDERED.

Dated: _____, 2012

_____
LUCY H. KOH.
United States District Court Judge

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

JOINT STIPULATION TO DISMISS                                              Case No. No. 11-CV-04565-LHK