| | |
|---|---|
| 1 | **BLUMENTHAL, NORDREHAUG & BHOWMIK** |
| | Norman B. Blumenthal (SB #068687) |
| 2 | Kyle R. Nordrehaug (SB #205975) |
| | Aparajit Bhowmik (SB #248066) |
| 3 | Piya Mukherjee (SB #274217) |
| | 2255 Calle Clara |
| 4 | La Jolla, CA 92037 |
| | Telephone: (858)551-1223 |
| 5 | Facsimile: (858) 551-1232 |
| | Attorneys for Plaintiff |
| 6 | SUBRAHMANYESWARA RAO KOLLA |
| 7 | **LITTLER MENDELSON** |
| | George J. Tichy (SB #041146) |
| 8 | Michelle R. Barrett (SB #076256) |
| | Lisa J. Lin (SB #260582) |
| 9 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108 |
| 10 | Telephone: (415) 433-1940 |
| | Attorneys for Defendant |
| 11 | HSBC BANK USA, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUBRAHMANYESWARA RAO KOLLA, an individual, on behalf of himself, and all persons similarly situated, | Case No. 11-CV-04565-LHK |
| | ASSIGNED FOR ALL PURPOSES TO JUDGE LUCY H. KOH |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |
| HSBC BANK USA, N.A., a Delaware Corporation, and DOES 1 through 50, inclusive, | |
| Defendant. | |

LITTLER MENDELSON, P.C.
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

JOINT STIPULATION TO DISMISS        Case No. No. 11-CV-04565-LHK

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Subrahmanyeswara Rao Kolla ("Plaintiff") and Defendant HSBC Bank USA, N.A. ("Defendant"), by and through their undersigned counsel, hereby STIPULATE AND AGREE this action be dismissed with prejudice as to all of Plaintiff's claims against Defendant and without prejudice as to putative plaintiffs' or putative class members' class or representative claims against Defendant and without prejudice as to the representative claims asserted for violation of the California Private Attorney General Act of 2004 on behalf of the California Labor and Workforce Development Agency (the "LWDA").

Dated: May 4, 2012

BLUMENTHAL, NORDREHAUG, & BHOWMIK

/s/ Aparajit Bhowmik
Aparajit Bhowmik
Attorneys for Plaintiff
SUBRAHMANYESWARA RAO KOLLA

Dated: May 4, 2012

LITTLER MENDELSON, P.C.

George J. Tichy, II
Michelle R. Barrett
Lisa J. Lin
Attorneys for Defendant
HSBC BANK USA, N.A.

# ORDER

**THIS MATTER,** having come before the Court upon the parties' Joint Stipulation to Dismiss Plaintiff's Individual Claims With Prejudice And Putative Class Claims Without Prejudice, and the Court having reviewed this matter, it is hereby:

**ORDERED and ADJUDGED** that, pursuant to this Joint Stipulation and Federal Rule of Civil Procedure 41, this matter is hereby **DISMISSED** with prejudice as to Plaintiff Subrahmanyeswara Rao Kolla's claims against Defendant HSBC Bank USA, N.A. ("Defendant") and without prejudice as to putative plaintiffs' or putative class members' asserted class and representative claims against Defendant and without prejudice as to the representative claims asserted for violation of the California Private Attorney General Act of 2004 on behalf of the California Labor and Workforce Development Agency (the "LWDA"). The Clerk shall close the file.

IT IS SO ORDERED.

Dated: May 7, 2012

*Lucy H. Koh*
LUCY H. KOH.
United States District Court Judge

---

JOINT STIPULATION TO DISMISS         Case No. No. 11-CV-04565-LHK